STATE v. FENN

No. 288P89

Case below: 94 N.C.App. 127

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 November 1989.

STATE v. FOSTER

No. 281P89

Case below: 94 N.C.App. 224

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 9 November 1989. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 November 1989.

STATE v. HANIBLE

No. 275P89

Case below: 94 N.C.App. 204

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 November 1989.

STATE v. LAWRANCE

No. 304P89

Case below: 94 N.C.App. 380

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 November 1989.

STATE v. MAXWELL

No. 466P89

Case below: 96 N.C.App. 19

Petition by Attorney General for temporary stay allowed 30 October 1989.